

December 12, 2018

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
orrick.com

Gregory Morvillo

E gmorvillo@orrick.com
D +1 212 506 3552
F +1 212 506 5151

Re:     *United States v. Mors,* 16-cr-692

Dear Judge Furman:

    The undersigned represents Toms Saulgriezis in the above captioned matter. We write to seek a brief adjournment of the sentencing date. The probation department preparing Mr. Saulgriezis' presentencing report requested the parties adjourn the sentencing hearing currently scheduled for January 31, 2019, for 30 days. Mr. Hellman of the United States Attorney's Office for the Southern District of New York and I have conferred, and we have no objection. I am available for a new sentencing hearing with the exception of March 4-8, 2019.

    If the Court has any questions or would like additional information, I am available at the Court's convenience.

Respectfully,

Gregory Morvillo

cc:     Matthew Hellman, Asst. U.S. Attorney